UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK VO,<br>　　　　　Petitioner,<br>　　vs.<br>B.M. CASH, Warden,<br>　　　　　Respondent. | Case No. CV 11-3318 DOC (MRW)<br><br>JUDGMENT |

Pursuant to the Order of this Court,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATE: July 15, 2011　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HON. DAVID O. CARTER
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE